# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 466 EAL 2014

               Respondent

               : Petition for Allowance of Appeal from the
               : Order of the Superior Court

         v.

NADIR K K. PETTAWAY,

               Petitioner


COMMONWEALTH OF PENNSYLVANIA, : No. 467 EAL 2014

               Respondent

               : Petition for Allowance of Appeal from the
               : Order of the Superior Court

         v.

NADIR K K. PETTAWAY,

               Petitioner


## ORDER


**PER CURIAM**

     **AND NOW**, this 19th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.